United States District Court
Southern District of Texas
**ENTERED**
October 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HORACE CRAWFORD, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-02510 |
| § | |
| ABM INDUSTRIES GROUP, LLC, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 50).

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so Ordered.

SIGNED on this 10th day of October, 2018.

_____
Kenneth M. Hoyt
United States District Judge